IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-1087(GMS) |
| ) | |
| GRANDSTREAM NETWORKS, INC, ) | JURY TRIAL DEMANDED |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby agree to dismiss this action with prejudice. Each party shall bear its own attorneys' fees and costs.

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

/s/ Michael Strapp
Michael Strapp
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

*Attorneys for Defendant
Grandstream Networks, Inc.*


SO ORDERED this ___ day of _____, 2012.


_____
THE HONORABLE GREGORY M. SLEET